UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x
JOSE FIGUEROA, *on behalf of himself and all others similarly situated*,

                              Plaintiff,

-against-

TMAP, LLC d/b/a TOMAS MAIER,

                             Defendant.
------------------------------------ x

ORDER

18 Civ. 9975 (GBD)

GEORGE B. DANIELS, United States District Judge:

This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: New York, New York
        March 11, 2019

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge